[No. 3277-II.   Division Two.   January 31, 1980.]

JOHN H. McDONALD, ET AL, *Appellants,* v. JOHN W.
HAAG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 65036, Thomas L. Lodge, J., entered January

13, 1976. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, C.J., and Petrie, J.